**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:22-cr-75** |
| | ) | |
| **ANDRE BLOCKER, JR** | ) | **Judge Atchley** |

## AGREED ORDER

The trial in this matter is scheduled for June 27, 2023. On February 14, 2023, the defendant filed a Motion in Limine to Exclude Certain Evidence at Trial. (Doc. 22). The Court held a pre-trial conference on June 20, 2023, where the parties informed the Court agreements had been reached regarding the issues set forth in the defendant's motion.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

Based on the agreement of the parties, the defendant's motion in limine is GRANTED IN PART and DENIED IN PART, as follows:

1.      The United States will not introduce evidence or illicit testimony regarding gang affiliation.

2.      Because the defendant stipulates that he is a previously convicted felon, the United States will not introduce evidence or illicit testimony regarding the nature, facts, or circumstances surrounding the defendant's felony convictions.

3.      The United States will not introduce evidence or illicit testimony regarding the existence of any injuries, or the extent thereof, to any third parties during, or because of, the defendant's flight from law enforcement.

4.      The United States will not introduce evidence or illicit any testimony that the defendant hid behind and/or near a day care center during his flight from law enforcement.

ENTER:

_____
CHARLES E. ATCHLEY, JR.
United States District Judge


Submitted by:

FRANCIS M. HAMILTON III
United States Attorney


By:     *s/Kevin T. Brown*
        Kevin T. Brown, TN BPR #034166
        Assistant United States Attorney
        1110 Market Street, Suite 515
        Chattanooga, Tennessee 37402
        (423) 752-5140
        Kevin.Brown@usdoj.gov


By:     */s/ Samuel F. Robinson III*
        Samuel F. Robinson III
        *Counsel for Defendant*
        1700 McCallie Avenue
        Chattanooga, TN  37404
        (423) 622-6461
        (423) 622-5925 (fax)


2