UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. ) No. 1:22-cr-75
)
) JUDGE ATCHLEY
ANDRE BLOCKER, JR. )

### VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND THE FOLLOWING:

With respect to the charge in Count One of the Indictment for being a convicted felon in possession of a firearm, we the jury unanimously find the defendant Andre Blocker, Jr.

\_\_\_ NOT GUILTY

X  GUILTY

Please have your foreperson sign and date this Verdict Form and inform Ms. Laster that you have reached a verdict.

\[signature redacted\]      6/27/2023
Foreperson      Date